# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11MJ3052 |
| vs. | ) | DETENTION ORDER |
| JOHN HOLROYD, | ) | COMPLAINT |
| Defendant. | ) | |

The defendant waived the right to a preliminary hearing and a detention hearing and agreed to detention at this time. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED that the above-named defendant shall be detained pending further order of the court.

November 4, 2011

BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge